The government are wearing a permanent imaging gear for their army. And with this, the Canadarm you can see, the reason is because of the fact that this is in the Terms of War. And says in addition to subject unnatures, and suns and the food corona, there is a fire on plants. This is an extremely peculiar fire. When you allow fire at these Janes, an Mexican-american spent renewed of this and entered apostles of our own politicians. They impugn our politicians representatives. Paul, is helping us. A part of the problem on the interessed community issue, descended upon the time of trigger war claims. And the masses to conference to tell us how they accept receive variants. It's the same thing that happens in the city of New York, when a 60-year-old man, a British citizen, is said to want to be considered as a part of the problem. Yes, you heard about the watering. I mentioned who represents New Orleans. We need to make this a point. New Orleans is a city of tolerance. It's a city of tolerance. It's a city of tolerance. It's a city of tolerance. The courts, especially in the US, the courts in the US, make this decision in the morning and in the evening. They have a meeting at 5 a.m. or 6 a.m. in the morning. The students in the courts can't be in the courtroom during a hearing, and they can't be students. Let me just ask you this. I read a court story. It was originally on Charlotte and New York's Independence City. New York filed a negative pledge for a statement that the U.S. has a right to be a terrorist and New York filed a negative pledge that the U.S. has a right to be a terrorist and New York received 700 court orders. Well, New York's secret police commission motion, the New York State Police Commission motion, is just as well as the response to the New York motion. I'm just curious. Did you file that court order in one or two ways? Was it one of them? And did you use it in all of them? Did you use it in all of them? And did you use it in New York State? So, it's not about whether New York is a terrorist or not. It's the same thing. It's the same thing. And the time, particularly the time in the graphs between the court of state and U.S. power, that is the time that you have to say something special. That's just one of those things. The other thing is that there is not really an order. There's not really an order. There are people who are waiting for the justice to be sent and there's not really any of those people who are getting the justice. Is that the rule 41? Yes. I'm not sure if that's the rule 41. Yes. And if you're going through the order, I would recommend that the order before the court is assigned the order that the responsibility of motion three is to measure the positive success of the allegations of the main criminal culprits as well as the people who did the crime. And, quote, unquote, I'm not sure if you're agreeing with that or not. It's important. It's important. And the motion three is a great one. It's tricky. So, the main motion three, again, the motion three is to measure the positive success of the allegations of the main criminal culprits as well as the people who did the crime.    success of the allegations of the main criminal culprits as well as the people who did the   It's tricky. Okay. Second and the second motion is to measure the positive    and negative things that are occurring on individual bodies. It's one of the main reasons that I've said, you know, I'm in a position where it's the opposite. It's the opposite as well. It causes some similarities. It's one of the issues that we have. It's a lot of change. It's a lot of what's happening in the state of Georgia. It's a lot of anything. They teach you many things. It's important. It's important. And I'm sympathetic to what you're saying. I know I'm not supposed to speak to that. I'm not supposed to have a hearing claim. I know that. But you can't sign that. It takes you out of the high school setting and thrown into a secondary, secondary school. And you're saying, well, no, that doesn't make any sense. You can't claim that. You can't sign that. But it's interesting. What's the component? What's the key component? What's the key component? I'm not being heard. You can't make sense to me. Good morning. This is Lisa Clark. My name is Lexi Anderson. I'm chairing of the Alcohol and Independence Institute for Dr. Clark, which represents the McKinnon College. We look very strongly at that plan and to explain why we're here today. We're going to have a great day. We're going to have a great meeting. We're going to have a great meeting. And so, I mean, I suggest to the plaintiffs that they should see it on their knees. My point is, you know, because this situation being managed, there is so much that we have to deal with. Or we can use it as our court order. But I don't see what request as being a key attitude. And you didn't do what you had to do when you looked at members for societal justice to instruct the court that it did that. Well, that's fine. That's fine. I agree with you. It makes sense. But we didn't know that you should do this. You're on your own. Let's think about this in terms of where it goes for all of the parties. And I'm not sure if I can do this. I actually have five minutes to go in. I want you to order your decision. I want to follow up on what you're suggesting, because it's important. I think it's time to go on. I'm very sorry. No, I mean, I suggested that the court should be more clear on what to do in this situation. You should be able to manage both your silent, loving motto and any request that you just wanted to share your perspective versus having to talk about that. And then you just may want to manage between the two. And, of course, there's a whole lot of time. This is not an enrolling order. You know, I understand what you're saying. But I think it's important. I think it's important to answer my concern, which is I don't understand how the court, in this situation, can't insert an enrolling order. I mean, it's just an opinion question. What I'm not saying is that you don't need to pass the end of the sentence in any case. No, that's not my point at all. I mean, that's not your point at all. I want the opportunity, Your Honor, as part of my department to make the most of this decision. If you go to silence, I mean when you get to the part where you're saying, if you go to silence, just keep in mind that this is not an enrolling order, which you should go to in any case. So, please, this is your file. You have 14 more days to render and find that you can be responded with silence. And then a very short punishment of seven more days. So, please, girls, you can go out to the house to see us, but you can also say, This is just a quick segue to my question. So, I disagree that you are about to delete something like the thing you say, but it's a lot more than that. It's a whole lot of things that you should use. And then, that's being open to the person with whom you're talking, meaning you can get the things right there and be allowed and converted it into a final decision. And you have a very short meeting before it's formed. All the questions that you're asking right now, it seems to me, as we get into a presentation of claims and claims, are not really before you. I'm not even thinking that you should be, because I understand why this is a problem, and I want to be able to see this is why. I think you've identified it, and you've actually taken the right approach in the opening break. You're going to have these issues, and you're going to be having much more of this discussion. Yes. So, well, the marriage program, if you do, we like to assume, for the sake of argument here, that this is not a rule 41B, it's not a law, and it's a useless version. What happens then? Do we turn them to the marriage, which we just reported already, and decided it's not a law anymore, or what? Do you just keep that in mind? No, I answered the question, and I actually just assumed that by saying, are you going to keep all of them? I mean, the best case scenario is if they are standing under a penalty, because it would be a complete waste of resources, both of the things that are recorded in this report, and we turn them in, and say, and it's already released, and they are still under a penalty. What do you see, if I understand your answer, is it a good sign, but if it's not a good sign, does it mean that I may be misunderstood? If I understand your position, is it a good thing? Yes, but it's your court, and only a speech that's just under 41 would be, then we should go ahead and look at the pleading claims, and determine if it's fair or wrong, whether it's these pleading claims, or not. Yes, was the original section we had at the district court a long time before this case? Then I just want to hear what you have to say, because I think the way that we're going to speak to this, and I think this is going to go very strongly, is we're going to end it in my opinion, is what the district court wants, which is to get them to an end. Okay, and I don't understand your opinion, so what you would do is, when you say 41, would you be standing behind a case, or would you be standing inside of the merits, and of course, what's your priority, and you probably don't even think that, since this is a very big case. So, so, the answer to that is, you know, you don't say, well, we do this strongly, and we agree with what we're, and the question is, you know, we agree with 41, and we really share it, so we're not going to share it, and it's just not what we're choosing. I mean, I think we should be very open about this, but, in terms of your students, you have some strong allegations, obviously, that the district court is not facilitating, and you want to try to get us to elevate those, to, to follow the constitutional rules. Obviously, it's good to do that, because, by following constitutional rules, you're not going to, you're not going to be putting too many of them in there, and we, it's very, you know, there are some, you know, some issues that they are trying to take, and just, to figure out, for example, we mentioned Elvis, and, the changes, we can see that, trying to release Elvis, which is fine, and then, it can be very disturbing, because, and, plus, from zoning commission, it's not a case for us to reach out to your district, or try to do things. So, you've sprung a lot ofshirt comments off yours equations. I want to show you, that we are not bringing anything afordable, let our students figure out, the role quality, of something district court, and, we can provide that for the district court,  and, let them play on the vir applied the system. And, we understand they, bothering district court, so, unfortunately, and, again, this is already, since dismissal, and, we'll have agents on here, and, and, and, here, is, is, is always, no question, no question, we are here, and, so, just want to know, who should decide, I think, that, this function, something, but, I'm concerned, that district court, doesn't have enough agencies, for them, to make that decision, at this point, because, the nature, of the way, this, this case, is, right now, this is probably, six months, we need to do this, so, I don't know, but, at least, we can do so much more, than putting this on, so, that's fine, we can talk to the district court. What, what did you mean, when you said, they stated, they were standing on their feet, so, the first time, you were calling, or, what did you mean, that the first time, that when, before you were calling, that we collected this form, so, that we could continue to file this form, is the first time, that we, that you actually, that you wanted to make sure, that you were not, talking about, any earlier, reporters, you're talking about, the audience, and,
judges: Wallace, Graber, Lynn